WILLIS CASTAING, AS MAYOR OF THE CITY OF TARPON SPRINGS, FLORIDA, AND H. JOE SMITH, AS CITY CLERK OF THE CITY OF TARPON SPRINGS, FLORIDA, *Plaintiffs in Error*, v. STATE OF FLORIDA, EX REL., L. D. VINSON, *Defendant in Error*.

Opinion Filed March 6, 1923.

A Writ of Error to the Circuit Court for Pinellas County; M. A. McMullen, Judge.

*Whitaker, Himes & Whitaker* and *James F. Sikes*, for Plaintiffs in Error;

*Bird & Jones*, for Defendant in Error.

PER CURIAM.—This writ of error was taken to a peremptory writ of mandamus issued by the Circuit Judge commanding the mayor and clerk of the municipality to issue and deliver to the relator a warrant of the city for $3500.00 and to receive from relator a deed purporting to convey real estate to the city.

It does not appear that the city authorities had duly purchased and accepted the property and had duly ordered the warrant to be issued, therefore mandamus is not applicable.

Reversed.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE AND WEST, J. J., concur.